No. 95–5485. TAVARES *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 95–5487. KALLESTAD *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 95–5488. VERGEL ET AL. *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–5489. SLADON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–5490. KETCHUM *v.* DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT ET AL. C. A. 10th Cir. Certiorari denied.

No. 95–5492. QUIROZ-GUTIRREZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–5493. TORRES-BARRAZA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–5494. GORDON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 95–5497. WALKER ET AL. *v.* MARYLAND. Ct. App. Md. Certiorari denied.

No. 95–5498. COLLINS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–5500. SMITH *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–5502. RICCO *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 95–5503. JELLEY *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–5504. BALL *v.* WHITE, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 95–5505. DEUTSCH *v.* UNITED STATES DEPARTMENT OF JUSTICE ET AL. C. A. 3d Cir. Certiorari denied.

No. 95–5507. HOLT *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.